FEB 2 0 2025

# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

_Michael Steven Roggla_

(Enter above the full name of the plaintiff in this action)

**COMPLAINT**

V.

_Atlantic County Justice Facility_

Civil Action No. _____

(To be supplied by the Clerk of the Court)

FEB 28 2025

AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

(Enter the full name of the defendant of defendants in this action)

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of $52.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

    _✓_    42 U.S.C. §1983 (applies to state prisoners)

    ____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

    ___ Pretrial detainee

    ___ Civilly-committed detainee

    ___ Immigration detainee

    ✓ Convicted and sentenced state prisoner

    ___ Convicted and sentenced federal prisoner

    ___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

b.    Court and docket number: _____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief
may be granted

d.    Approximate date of filing lawsuit: _____

e.    Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? _Atlantic County Justice Facility_

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: _Michael Steven Rogala_

Address: _Atlantic County Justice Facility 5060 Atlantic_
_Ave. Mays Landing NJ_
Inmate#:_01-296756_

b.    First defendant:

Name: _Atlantic County Justice Facility_

Official position: _Methadone/Suboxone Nurse_

Place of employment: _Atlantic County Jail_

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that
violated your constitutional rights?)

_This nurse violated HIPPA laws by openly_
_discussing details of my private medical_
_case with other inmates._

c.    Second defendant:

Name:_____

Official position:_____

Place of employment:_____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that
violated your constitutional rights?)

_____
_____
_____
_____

d.    If there are more than two defendants, attach a separate
sheet. For each defendant specify: (1) name, (2) official
position, (3) place of employment, and (4) involvement of
the defendant.



5.    I previously have sought informal or formal relief from the appropriate
      administrative officials regarding the acts complained of in the
      Statement of Claims on page 6.

      ☒ Yes      ___No

      If your answer is "Yes," briefly describe the steps taken, including how
      relief was sought, from whom you sought relief, and the results.

      I filed a formal complaint with the
      worden and internal affairs. No action
      was taken to my knowledge.

      If your answer is "No," briefly explain why administrative remedies
      were not exhausted.

6.    Statement of Claims

      (State here as briefly as possible the facts of your case. Describe how
      each defendant violated your rights, giving dates and places. If you do
      not specify how each defendant violated your rights and the date(s)
      and place of the violations, your complaint may be dismissed. Include
      also the names of other persons who are involved, including dates and
      places. Do not give any legal arguments or cite any cases or statutes.
      If you intend to allege a number of related claims, number and set
      forth each claim in a separate paragraph. Use as much space as you
      need. Attach a separate sheet if necessary.)

      The nurse that administers methadone and
      suboxone was openly warning other inmates
      to be careful around me because I
      had a boil which comes from being
      dirty and they should wash their hands
      after encountering me. The nurses name is
      Jenifer and she specifically told this

information to inmate Shawn Woodward
who is housed in the same unit as
myself. He came back in from the
methadone cart asking me about
a boil I had which I was just
seen in medical for less than an
hour prior. He couldn't have had
this information any other way
and he told me immediately after
that the nurse was out in the
hallway discussing my legally
protected medical information with
other fellow inmates.

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no
legal arguments. Cite no cases or statutes.)

I am seeking dismissal of the
guilty parties from their positions
and any monetary relief to
which I pray be entitled.

_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

(✗) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of February , 20 25

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).