CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101
OFFICIAL BUSINESS

RTS

Michael Steven Ragala
~~01-276796~~
~~Atlantic County Justice Facility~~
~~5060 Atlantic Ave~~
~~Mays Landing~~

NIXIE    171    4E 1         2203/09/25
    RETURN TO SENDER
         REFUSED
    UNABLE TO FORWARD
BC: 07102359599    *1530-08763-04-42

**Service of Process:**
2:25-cv-01567-BRM RAGALA v ATLANTIC COUNTY JUSTICE FACILITY

PROSE-PR

## U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 3/3/2025 at 9:27 AM EST and filed on 2/28/2025
**Case Name:**         RAGALA v ATLANTIC COUNTY JUSTICE FACILITY
**Case Number:**    2:25-cv-01567-BRM
**Filer:**
**Document Number:** 1

**Docket Text:**
**Complaint Received. (Attachments: # (1) Application IFP, # (2) Envelope)(ld)(n/m)**

**2:25-cv-01567-BRM Notice has been electronically mailed to:**

**2:25-cv-01567-BRM Notice has been sent by regular U.S. Mail:**

MICHAEL STEVEN RAGALA
01-296796
ATLANTIC COUNTY JUSTICE FACILITY
5060 ATLANTIC AVENUE
MAYS LANDING, NJ 08330

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=3/3/2025] [FileNumber=19236564-0
] [096c5034e77c1bfd0c3e67d87048c795a5f5a29d75f637eccb2db439e595caa2ea8
6f89c60e53cfc9c175bd5a53cc161bea865b95a6205a71c40a46d4dbf97f5]]
**Document description:** Application IFP
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=3/3/2025] [FileNumber=19236564-1
] [888a3c31ff342af97a601c2645c874fde86789072836d1c7bdd7b0c217aacf980a6
fbfee2bae10c99f3fa95bd4e8f028832d77f3bfb3d31579fb88058563a8c7]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**

**Service of Process:**

2:25-cv-01567-BRM RAGALA v ATLANTIC COUNTY JUSTICE FACILITY

PROSE-PR

## U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 3/3/2025 at 9:27 AM EST and filed on 2/28/2025
**Case Name:** RAGALA v ATLANTIC COUNTY JUSTICE FACILITY
**Case Number:** 2:25-cv-01567-BRM
**Filer:**
**Document Number:** 1

**Docket Text:**
**Complaint Received. (Attachments: # (1) Application IFP, # (2) Envelope)(ld)(n/m)**

**2:25-cv-01567-BRM Notice has been electronically mailed to:**

**2:25-cv-01567-BRM Notice has been sent by regular U.S. Mail:**

MICHAEL STEVEN RAGALA
01-296796
ATLANTIC COUNTY JUSTICE FACILITY
5060 ATLANTIC AVENUE
MAYS LANDING, NJ 08330

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=3/3/2025] [FileNumber=19236564-0
] [096c5034e77c1bfd0c3e67d87048c795a5f5a29d75f637eccb2db439e595caa2ea8
6f89c60e53cfc9c175bd5a53cc161bea865b95a6205a71c40a46d4dbf97f5]]
**Document description:** Application IFP
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=3/3/2025] [FileNumber=19236564-1
] [888a3c31ff342af97a601c2645c874fde86789072836d1c7bdd7b0c217aacf980a6
fbfee2bae10c99f3fa95bd4e8f028832d77f3bfb3d31579fb88058563a8c7]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**